**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 01-1848**

───────────

CLEO M. CLARK,

                              Plaintiff - Appellant,

        versus

GREENSVILLE MEMORIAL HOSPITAL/EMPORIA HOSPITAL
CORPORATION,

                              Defendant - Appellee.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, District Judge. (CA-00-403)

───────────

Submitted:  December 26, 2001       Decided:  January 14, 2002

───────────

Before WIDENER, MOTZ, and TRAXLER, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Cleo M. Clark, Appellant Pro Se.  Karen Skeirik Elliott, MCCANDLISH KAIN, P.C., Richmond, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Cleo M. Clark appeals from the district court's order adopting the magistrate judge's recommendation that summary judgment be granted in favor of Greensville Memorial in Clark's action alleging racially motivated employment discrimination. We have reviewed the record, the district court's opinion, and the magistrate judge's report and recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Clark v. Greensville Mem'l Hosp.</u>, No. CA-00-403 (E.D. Va. May 24, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2